IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TOUCHSTREAM TECHNOLOGIES, INC. § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> COMCAST CABLE COMMUNICATIONS, § <br> LLC d/b/a XFINITY, et al., § <br> § <br> *Defendants*. § | CASE NO. 2:23-cv-00062-JRG-RSP |

## ORDER

The Comcast Defendants previously filed Comcast's Motion for Partial Summary Judgment. (Dkt. No. 85.)[1] Judge Payne entered a Report and Recommendation (Dkt. No. 322), recommending that the Court deny Comcast's Motion for Partial Summary Judgment (Dkt. No. 85). Comcast filed Objections (Dkt. No. 339), with Touchstream filing a response (Case No. 2:23-cv-00062, Dkt. No. 27).

After conducting a *de novo* review of the briefing on the Motion for Summary Judgment, the Report and Recommendation, and the briefing on Defendants' Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objection fails to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Defendants' Objections (Dkt. No. 339), **ADOPTS** the Report and Recommendation, and orders that Comcast's Motion for Partial Summary Judgment (Dkt. No. 85) is **DENIED**.

---

[1] The rulings and objections were filed in then-lead case 2:23-cv-00059-JRG-RSP. The cases were thereafter deconsolidated. (Case No. 2:23-cv-00059, Dkt. No. 360). All docket citations are to docket entries in Case No. 2:23-cv-00059 unless otherwise noted.

**So ORDERED and SIGNED this 13th day of March, 2025.**

                                          RODNEY GILSTRAP
                                          UNITED STATES DISTRICT JUDGE